OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R                    $ 00.26⁵
0002003152          DEC 02 2014
MAILED FROM ZIP CODE 78701

**11/24/2014**
**Gluck, Andrei**          Tr. Ct. No. W03-51313-W(B)          **WR-81,148-02**

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ANDREI GLUCK
FCI SEAGOVILLE #45690-177
P.O. BOX 9000
SEAGOVILLE, TX  75159

ANK

JAVRS3B  75159